UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MARINE POWER HOLDING, LLC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-242 |
| | ) | |
| MALIBU BOATS, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the above-captioned case is related to <u>Malibu Boats, LLC v. Marine Power Holding, LLC</u>, No. 3:14-CV-152. The Court finds that these cases involve the same parties and similar claims for breach of contract. Therefore, the two cases are related. <u>See</u> E.D. Tenn. L.R. 3.2(d)(3)(A)(1).

Because the first of these cases was assigned to District Judge Pamela L. Reeves and Magistrate Judge C. Clifford Shirley, Jr., this case will also be assigned to District Judge Pamela L. Reeves and Magistrate Judge C. Clifford Shirley, Jr. However, consolidation is not ordered.

**IT IS SO ORDERED**.

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge